UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN H. JACKSON, | ) | Case No. CV 06-4014 JFW(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| L.E. SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 22, 2010

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE